UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LITTLELEAF PROPERTIES II, LLC,

                *Plaintiff*

v.

MT. HAWLEY INSURANCE COMPANY,

                *Defendant*

No. 24-CV-892 (RA)

**JOINT LETTER REGARDING AGREED SECOND AMENDED CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

To the Hon. Ronnie Abrams, United States District Judge:

    By agreement, the parties jointly request entry of the attached Second Amended Case Management Plan and Scheduling Order. The amended order would extend the close of fact discovery and expert discovery—currently scheduled for November 3, 2024 and January 28, 2025, respectively—and all remaining deadlines and settings by approximately 90 days. The parties further agree that plaintiff will designate its expert witnesses by January 13, 2025, and defendant will designate its expert witnesses on February 14, 2025.

    There has been one prior request for an extension of time, which was granted in connection with a recent surgery and extended rehabilitation undertaken by plaintiff's counsel. The current request is made in good faith and not for the purpose of delay. Rather, the parties are jointly requesting this relief (1) as an agreed resolution of a discovery dispute relating to interrogatories and materials requested in May 2024 and only recently produced and (2) to facilitate scheduling the deposition of defendant's corporate representative whose workload and availability has been significantly impacted by the sudden influx of claims arising from both Hurricane Helene and Hurricane Milton.

*/s/ Christopher J. Edwards, Jr.*
Christopher J. Edwards, Jr.
Ashley Anderson Traylor
ANDERSON TRAYLOR EDWARDS
P.O. Drawer 4129
Hammond, Louisiana 70404
Telephone: (985) 345-7777
christopher@ateattorneys.com

Brad Stevens
EDWARDS AND STEVENS LAW FIRM
102 N. Myrtle Street
Amite, Louisiana 70422
Telephone: (985) 747-1088

*Attorneys for Plaintiff*

*/s/ Greg K. Winslett*
Greg K. Winslett (*pro hac vice*)
Brent J. Rodine (*pro hac vice*)
QUILLING, SELANDER, LOWNDS,
   WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 871-2100
gwinslett@qslwm.com
brodine@qslwm.com

Matthew Kraus
Andrew Furman
CHARTWELL LAW
One Battery Park Plaza, Suite 710
New York, New York 10004

*Attorneys for Defendant*

Application granted. The Court will so order the Second Amended Case Management Plan. No further adjournments will be granted absent good cause.

SO ORDERED.

_____
Hon. Ronnie Abrams.
October 24, 2024