USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LITTLELEAF PROPERTIES II LLC,

        Plaintiff,

v.

MT HAWLEY INSURANCE COMPANY,

        Defendant.

---

No. 24-cv-892(RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On October 24, 2024, the Court entered a Second Amended Case Management Plan and Scheduling Order, which ordered that all discovery be completed by April 28, 2025.  Doc. No. 28. Accordingly, the Court will hold a post-discovery conference on May 9, 2025, at 11:00 a.m. Unless the parties request otherwise, the Court will hold this conference by telephone.  The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508.  The conference line is open to the public.

No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated:    October 28, 2024
            New York, New York

_____
Ronnie Abrams
United States District Judge