UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LITTLELEAF PROPERTIES II LLC,

               Plaintiff,

v.

MT HAWLEY INSURANCE COMPANY,

               Defendant.

No. 24-cv-892 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On October 28, 2024, the Court scheduled a telephonic post-discovery conference for May 9, 2025 and ordered the parties to submit a joint letter one week in advance of the conference. To date, no letter has been filed. No later than May 6, 2025, the parties shall file their joint letter. The parties are also notified that the Court's teleconference line has changed, and that they should access the post-discovery conference with Dial-in Number: (855) 244-8681 and Meeting ID: 23055424735.

SO ORDERED.

Dated:    May 5, 2025
             New York, New York

_____
Ronnie Abrams
United States District Judge